**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000572
06-FEB-2024
07:58 AM
Dkt. 37 SO**

NO. CAAP-19-0000572

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


PEI LI, Claimant-Appellant-Appellant,
v.
KYO-YA OHANA, LLC, Employer-Appellee-Appellee
and
ACCLAMATION INSURANCE MANAGEMENT SERVICES,
Third-Party Administrator-Appellee-Appellee


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2018-076 AND DCD NO. 2-13-05568)


**SUMMARY DISPOSITION ORDER**
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Pei **Li** filed this appeal without counsel. His notice of appeal was filed by the Hawaiʻi Labor and Industrial Relations Appeals Board (**LIRAB**) on July 29, 2019. It appears he is appealing from the **Decision and Order** entered by LIRAB on July 3, 2019.

Li's opening brief does not comply with Hawaiʻi Rules of Appellate Procedure Rule 28(b). A self-represented litigant's pleadings should be interpreted liberally, and they should not automatically be foreclosed from appellate review because they do not comply with court rules. Erum v. Llego, 147 Hawaiʻi 368, 380-81, 465 P.3d 815, 827-28 (2020). However, Li's brief has no statement of points of error and no argument. It consists of medical records and reports, with no explanation of why they are

material to this appeal, or why LIRAB's Decision and Order was clearly erroneous or wrong.

We are not obligated to search the record for information that should have been provided by Li.  <u>Hawaii Ventures, LLC v. Otaka, Inc.</u>, 114 Hawaiʻi 438, 480, 164 P.3d 696, 738 (2007) (first citing <u>Lanai Co., Inc. v. Land Use Comm'n</u>, 105 Hawaiʻi 296, 309 n.31, 97 P.3d 372, 385 n.31 (2004) (explaining that an appellate court "is not obligated to sift through the voluminous record to verify an appellant's inadequately documented contentions" (citations omitted)); and then citing <u>Miyamoto v. Lum</u>, 104 Hawaiʻi 1, 11 n.14, 84 P.3d 509, 519 n.14 (2004)).  Accordingly, the Decision and Order entered by LIRAB on July 3, 2019, is affirmed.

DATED:  Honolulu, Hawaiʻi, February 6, 2024.

On the briefs:

Pei Li,
Self-represented Claimant-
Appellant-Appellant.

Brian G.S. Choy,
Keith M. Yonamine,
for Employer-Appellee-
Appellee and Third-Party
Administrator-Appellee-
Appellee.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge